**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6195**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTHONY L. OLVIS, a/k/a Tony,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert G. Doumar, Senior District Judge. (4:95-cr-00038-RGD-1)

Submitted: June 25, 2015             Decided: June 29, 2015

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony L. Olvis, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony L. Olvis appeals the district court's orders sua sponte granting Olvis a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) (2012),[*] and denying as unauthorized Olvis' motion for reconsideration of that order. We have reviewed the record and find no reversible error. Further, the district court properly recognized that it lacked the authority to entertain a motion for reconsideration in a § 3582(c)(2) proceeding. See United States v. Goodwyn, 596 F.3d 233, 235–36 (4th Cir. 2010). We therefore affirm the orders for the reasons stated by the district court. See United States v. Olvis, No. 4:95-cr-00038-RGD-1 (E.D Va. filed Dec. 9, 2014 & entered Dec. 10, 2014; filed Jan. 21, 2015 & entered Jan. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court granted Olvis a two-level reduction pursuant to Guidelines Amendment 782, the court declined to further reduce Olvis' sentence.